THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Leon Folks, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

ON WRIT OF CERTIORARI

Appeal From Aiken County
James C. Williams, Jr., Trial Judge
 Doyet A. Early, III, Post-Conviction
 Relief Judge
Unpublished Opinion No. 2008-UP-266
Submitted April 1, 2008  Filed May 16,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia; and Leon Folks, of Bennettsville; for Petitioner.
 Assistant Attorney General Ashley McMahan, of Columbia; for Respondent.
 
 
 

PER CURIAM: Petitioner
 seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).  The State concedes to the PCR judges finding
 that petitioner did not knowingly and intelligently waive his right to a direct
 appeal.  Accordingly, we grant the petition for a writ of certiorari and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners appeal is dismissed,[1] after consideration of counsels brief and review pursuant to Anders v.
 California, 386 U.S. 738 (1967).  Counsels motion to be relieved is
 granted.
APPEAL DISMISSED.
Huff, Kittredge and Williams,
 JJ., concur.

[1] We decided this case without oral argument pursuant
 to Rule 215, SCACR.